# MEMORANDUM DECISIONS

**1**

Daniel DEVINE, Appellant, v. Arnold PFAU, Appellee.

(Court of Appeals of the District of Columbia. Submitted Jan. 17, 1927. Decided March 7, 1927.)

No. 1925.

J. L. Norris and C. A. Bateman, both of Washington, D. C., and Wm. Abbe, of New York City, for appellant.

G. F. De Wein, of Milwaukee, Wis., for appellee.

Before MARTIN, Chief Justice, ROBB, Associate Justice, and GRAHAM, Presiding Judge U. S. Court of Customs Appeals.

ROBB, J. Appeal from concurrent decisions of the tribunals of the Patent Office in an interference proceeding, in which priority was awarded Pfau, who was first to conceive and first to reduce to practice. For the reasons fully stated' by the Patent Office, we affirm the decision.

Affirmed.

**2**

In the Matter of the Application of Charles W. LOTZ.

(Court of Appeals of the District of Columbia. Submitted Jan. 18, 1927. Decided March 7, 1927.)

No. 1917.

A. L. Lawrence, of Cleveland, Ohio, for appellant.

T. A. Hostetler, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, ROBB, Associate Justice, and GRAHAM, Presiding Judge United States Court of Customs Appeals.

ROBB, J. Appeal from a decision of the Patent Office tribunals refusing certain claims of an application for patent covering a process for burning pulverized coal. We have carefully reviewed the decisions of the tribunals below, in connection with the brief and argument of counsel for appellant, and, finding no error, affirm the decision from which this appeal was taken.

Affirmed.

**3**

AMERICAN STOVE COMPANY, Plaintiff in Error, v. William E. COCHRAN, Defendant in Error.

(Circuit Court of Appeals, Eighth Circuit. August 3, 1926.)

No. 7507.

In Error to the District Court of the United States for the Eastern District of Missouri.

Robert A. Holland, Jr., J. M. Lashly, and William R. Gentry, all of St. Louis, Mo., for plaintiff in error.

Joseph Brogan and H. R. Polak, both of St. Louis, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation of parties.

**4**

W. C. ANSELL, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Eighth Circuit. May 26, 1926.)

No. 7180.

In Error to the District Court of the United States for the Western District of Missouri.

Horace Guffin and Henry C. Smith, both of Kansas City, Mo., for plaintiff in error.

C. C. Madison, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, for want of prosecution.